IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| EDNA HETZEL, DAN HETZEL, JOHN WERNER, and SUZANNE WERNER | § § § § |
| V. | §   Case No.   1:07-CV-343 |
| ALLSTATE TEXAS LLOYDS CO., NTB, INC., and SUMITOMO CORP. OF AMERICA | § § § § |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order RC-72.1.  The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' motion to dismiss and dismiss with prejudice their claims as to defendants NTB, Inc., and Sumitomo Corporation of America.

The magistrate judge's report is hereby **ADOPTED**.  Plaintiffs' claims against NTB, Inc., and Sumitomo Corporation of America are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **28** day of **September, 2007.**

_____
Ron Clark, United States District Judge