IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **EDNA HETZEL, DAN HETZEL,** § | | |
| **JOHN WERNER, and SUZANNE** § | | |
| **WERNER** § | | |
| § | | |
| **V.** § | **NO. 1:07-CV-343** | |
| § | | |
| **ALLSTATE TEXAS LLOYDS CO.** § | | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to Referral Order entered on June 22, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **8** day of **February, 2008.**

_____
Ron Clark, United States District Judge